AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>FONOVISA, INC.; LAFACE RECORDS LLC; and INTERSCOPE RECORDS | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.146.123 2007-04-25 00:28:11 EDT          **CASE ID#** 126648151

**P2P Network:** Gnutella                                        **Total Audio Files:** 1358

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Fonovisa, Inc. | Los Tigres Del Norte | Mi Sangre Prisionera | Unidos Para Siempre | 221-706 |
| LaFace Records LLC | Toni Braxton | You Mean the World to Me | Toni Braxton | 208-619 |
| Fonovisa, Inc. | Los Tigres Del Norte | Pedro Y Pablo | Una Noche Con Los Tigres Del Norte | 147-452 |
| Fonovisa, Inc. | Oro Norteno | Los Anos Son Como | Si Los Caminos Hablaran | 246-194 |
| LaFace Records LLC | Usher | My Way | My Way | 257-730 |
| Fonovisa, Inc. | Banda Maguey | Tu Eterno Enamorado | 30 de Coleccion | 252-514 |
| Interscope Records | Eminem | The Real Slim Shady | The Marshall Mathers LP | 287-944 |
| Fonovisa, Inc. | Los Temerarios | Como Te Recuerdo | Como Te Recuerdo | 250-381 |
| Fonovisa, Inc. | Los Tigres Del Norte | Tres Veces Mojado | Idolos Del Pueblo | 105-548 |