**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONOVISA INC ET AL,<br><br>    Plaintiff(s),<br><br> v.<br><br>JOHN DOE,<br><br>    Defendant(s).<br>_____/ | No. C 07-04884 JW<br><br>CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to case reassignment a the previously set Case Management Conference has been VACATED. A new Case Management Conference has set before Judge James Ware on **May 19, 2008 at 10:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint case management statement by **May 9, 2008.**

Dated: February 23, 2008

                   FOR THE COURT,
                   Richard W. Wieking, Clerk


              by: _____/s/_____
                   Elizabeth Garcia
                   Courtroom Deputy