1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:      matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   FONOVISA, INC.; LAFACE RECORDS LLC;
7  and INTERSCOPE RECORDS

8

9                         UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
10                             SAN FRANCISCO DIVISION

11

| | |
|---|---|
| FONOVISA, INC., a California corporation; LAFACE RECORDS LLC, a Delaware limited liability company; and INTERSCOPE RECORDS, a California general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br>Defendant. | CASE NO. C 07-04884-JW<br><br>**Honorable James Ware**<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. C 07-04884 JW
#36556 v1

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs FONOVISA, INC., *et al*., by and
2  through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim
3  against Defendant John Doe, also identified as ID # 126648151 with IP address 207.62.146.123
4  2007-04-25 00:28:11 EDT, each party to bear its/his own fees and costs. The Clerk of Court is
5  respectfully requested to close this case.

7  Dated: April 1, 2008                                HOLME ROBERTS & OWEN LLP

9                                                      By: _____*/s/ Matthew Franklin Jaksa*_____
                                                            MATTHEW FRANKLIN JAKSA
                                                            Attorney for Plaintiffs
                                                            FONOVISA, INC.; LAFACE RECORDS
                                                            LLC; and INTERSCOPE RECORDS