1　Matthew Franklin Jaksa (CA State Bar No. 248072)
　　HOLME ROBERTS & OWEN LLP
2
　　560 Mission Street, 25th Floor
3　San Francisco, CA  94105-2994
　　Telephone:　(415) 268-2000
4　Facsimile:　(415) 268-1999
　　Email:　　matt.jaksa@hro.com
5
6　Attorneys for Plaintiffs,
　　FONOVISA, INC.; LAFACE RECORDS LLC;
7　and INTERSCOPE RECORDS

UNITED STATES DISTRICT COURT
GRANTED
Judge James Ware

4/4/2008

8

9　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　NORTHERN DISTRICT OF CALIFORNIA
10　　　　　　　　SAN FRANCISCO DIVISION

11

12　FONOVISA, INC., a California corporation;　　CASE NO. C 07-04884-JW
　　LAFACE RECORDS LLC, a Delaware limited
13　liability company; and INTERSCOPE　　　　**Honorable James Ware**
　　RECORDS, a California general partnership,
14　　　　　　　　　　　　　　　　　　　**NOTICE OF DISMISSAL WITHOUT**
15　　　　　　　　Plaintiffs,　　　　　　　　**PREJUDICE**

16　　　　v.

17

18　JOHN DOE,
　　　　　　　　　　Defendant.
19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. C 07-04884 JW
#36556 v1

1    Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs FONOVISA, INC., *et al*., by and

2    through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim

3    against Defendant John Doe, also identified as ID # 126648151 with IP address 207.62.146.123

4    2007-04-25 00:28:11 EDT, each party to bear its/his own fees and costs.  The Clerk of Court is

5    respectfully requested to close this case.

6

7    Dated:  April 1, 2008                                    HOLME ROBERTS & OWEN LLP

8

9                                                  By:  _____*/s/ Matthew Franklin Jaksa*_____

10                                                       MATTHEW FRANKLIN JAKSA
                                                         Attorney for Plaintiffs

11                                                       FONOVISA, INC.; LAFACE RECORDS
                                                         LLC; and INTERSCOPE RECORDS

12

13

14

15    **IT IS SO ORDERED**

16    The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

17    Dated: April 4, 2008                         _____
                                                     *James Ware*

18                                                 United States District Court Judge

19

20

21

22

23

24

25

26

27

28

1

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. C 07-04884 JW
#36556 v1